IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMBERLY R. ARIZMENDEZ, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:13-cv-1065-O |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

Accordingly, the Court finds that the hearing decision should be and is hereby **REVERSED** and this case is **REMANDED** to the Commission of Social Security for further proceedings consistent with this opinion.

**SO ORDERED** on this **24th day** of **February, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE