IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KIMBERLY R. ARIZMENDEZ,** § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 3:13-cv-1065-O | |
| **CAROLYN W. COLVIN,** § **Acting Commissioner of Social Security,** § | | |
| Defendant. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Courts hereby **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge as the findings of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Attorney Fees (ECF No. 26) is hereby **GRANTED in part**. Plaintiff is awarded $8,688.00 in attorneys' fees. Defendant is ordered to make the check payable to Kimberly Arizmendez, but mail the check to the address of Plaintiff's attorney, David F. Chermol, at Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA 19116.

**SO ORDERED** this **22nd day** of **May, 2014**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE